IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARTHUR JACOBS,** | 2:06-cv-1363 MCE GGH HC |
| Petitioner, | **ORDER** |
| v. | |
| **TOM CAREY, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including October 10, 2006, in which to file a response to the petition for writ of habeas corpus in this matter.

**Dated:  9/14/06**                                       /s/ Gregory G. Hollows
                                                            **UNITED STATES MAGISTRATE JUDGE**

jaco1363.po

SA2006302663
jaco1363.po.wpd

[PROPOSED] ORDER
1