IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARTHUR JACOBS,** | 2:06-cv-1363 MCE GGH HC |
| Petitioner, | **ORDER** |
| v. | |
| **TOM CAREY, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED a second extension of time of thirty days, up to and including November 2, 2006, in which to file a response to the petition for writ of habeas corpus in this matter.

**Dated: 10/16/06**           /s/ Gregory G. Hollows
                              U.S. Magistrate Judge

jaco1363.po2

[PROPOSED] ORDER
1