IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR JACOBS,

    Petitioner,               No. CIV S-06-1363 MCE GGH P

    vs.

TOM CAREY, et al.,

    Respondents.         <u>ORDER</u>

_____/

        On October 13, 2006, petitioner requested an extension of time to file his traverse. On October 16, 2006, the court granted respondents' a second extension of time to file a response to the petitioner's writ of habeas corpus. Accordingly, IT IS HEREBY ORDERED that the petitioner's October 13, 2005 request for an extension of time is denied as moot.

DATED: 10/23/06

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
jaco1363.den