IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR JACOBS,

      Petitioner,                       No. CIV S-06-1363 MCE GGH P

     vs.

TOM CAREY, et al.,

      Respondents.                 <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file his traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's December 18, 2006 request for an extension of time is granted; and

        2. Petitioner is granted until January 31, 2007, to file his reply/traverse.

DATED: 1/3/07

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:bb
jaco1363.111