UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR JACOBS, | Case No. 2:06-CV-01363-VAP |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| THOMAS CAREY, ET AL., | |
|     Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: February 17, 2011

                              VIRGINIA A. PHILLIPS
                            United States District Judge